UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ARCIOLA,

                    Plaintiff,

          -against-                                    25-CV-3986 (LLS)

NEW YORK STATE D.O.C.C.S., ET AL.,                     ORDER

                    Defendants.

LOUIS L. STANTON, United States District Judge:

        Plaintiff, who is incarcerated, filed this complaint *pro se* and *in forma pauperis* ("IFP").

By order dated October 8, 2025, the Court granted Plaintiff 60 days' leave to file an amended

complaint. (ECF 13.) On December 5, 2025, Plaintiff submitted a letter requesting an extension

of time to file an amended complaint. (ECF 15.) The Court grants the request. Part of the original

complaint is attached.

        The Court directs Plaintiff to file an amended complaint within 60 days from the date of

this order. If Plaintiff does not file an amended complaint within the time allowed, the Court will

dismiss the action for the reasons set forth in the October 8, 2025 order.

SO ORDERED.

Dated:   December 11, 2025
         New York, New York

                                                       _____
                                                          Louis L. Stanton
                                                          U.S.D.J.

*Please See letter to gain access to Law Library!

# United States District Court
## Southern District of New York

__Michael Arciola__

Write the full name of each plaintiff.

**25 CV 3986**

(To be filled out by Clerk's Office)

-against-

__New York State D.O.CC.S,__

__Zaira Serrano Bureau chief,__

__Sueann Lashley Parole officer,__

__Leah White case Manager, "See Attached"__

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No



RECEIVED
MAY 0 9 2025
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

* D.O.C.C.S. (Herein known as Doccs)
Department of Corrections and Community Supervision

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other:   and New York state Constitutional Rights

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Michael                                  Arciola

First Name            Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

16A2269

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Dutchess County Jail

Current Place of Detention

150 North Hamilton St.

Institutional Address

Dutchess, Poughkeepsie            N.Y.         12601

County, City                      State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☑ Other:   Parole Violater

<u>Attachment</u>

- against -

Virginia James Morrow Administrative Law Judge

Defendant #5

Virginia James Morrow
Administrative Law Judge
20 Manchester Rd
Dutchess Co. Poughkeepsie N.Y. 12601

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: New York State Dept. of Commun, Sup, Corrections

First Name     Last Name     Shield #

D.O.C.C.S.

Current Job Title (or other identifying information)

1220 Washington ave, state office Campus Bldg #9

Current Work Address

Albany     New York     12226

County, City     State     Zip Code

Defendant 2: Zaird Serrano     Retired or reassigned

First Name     Last Name     Shield #

Bureau chief

Current Job Title (or other identifying information)

20 Manchester road

Current Work Address

Dutchess, Poughkeepsie N.Y.     12601

County, City     State     Zip Code

Defendant 3: Sueann Lashley

First Name     Last Name     Shield #

Parole officer

Current Job Title (or other identifying information)

20 Manchester rd.

Current Work Address

Dutchess, Poughkeepsie N.Y.     12601

County, City     State     Zip Code

Defendant 4: Leah White

First Name     Last Name     Shield #

Case Management

Current Job Title (or other identifying information)

230 North Road

Current Work Address

Dutchess, Poughkeepsie N.Y.     12601

County, City     State     Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Division of Parole and Dutchess County Jail, 20 Manchester rd Poughkeepsie N.Y. 12601

Date(s) of occurrence: Aug 10, 2024, Till Now, still going on!

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 10/21/24 I began to see a Pattern of Sexism and racism. This was the start of the blatent treatment I would be recieving. Continuous Constitutional Violations on record!

- Amendments - 6th, Due process, 8th Cruel and unusual Punishment, 14th Restriction of life and liberty.

- NYS Constitution - §5 cruel and unusual punishment, sec 11 Equal protection of Rights Not based on lies and deception.

See Enclosed: Grievances and the outcome based on sexism, racism, hate, dereliction of duty, false imprisonment, based on lies false statements, and deciet.

- On or about 10/21/24 ALJ Virginia James Morrow, During a Parole hearing, was flirting with the Prosecuting attorney David Graubard who was winking at her, and doing obscene Gestures, Jokingly but inappropriate Never the less.

Page 4

How can a person be fair and impartial if they carry on unprofessionally with the same person who is prosecuting me. Thats Conflict of interest, and Hampers my Due Process rights.

Parole officer Sreann Lashley blatantly lied on record to hinder my due process rights in order to racially keep me incarcerated. She hates white people. N.Y.S. Constitution see #11 No racial discrimination, No Sexism, I requested her stats for Black and White violations.

**INJURIES:** * Legal Guidlines for Responsibility (Enclosed)

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have Serious debilitating medical issues that were caused by the Division of parole and ALJ Morrow
*(see Grievances)*
Exhibits A, B, C, D, E, F, G, H, I, J, K

* ⟶ Released from prison with No Insulin, or Medications

**VI.    RELIEF**

State briefly what money damages or other relief you want the court to order.

Revoke and Restored to parole. and Monetary penalties. Suspension, counseling. and whatever else the Court deems fit.

See Dubois, Released back to parole with a felony and Misdemeanor as well as Several technical Violations.

Equal protections of laws NYS Constitution.
§ 11.